UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

In Re: ) Chapter 13
)
LASH, BETTY A. ) Case No.: 01-42193
) TURNOVER OF FUNDS
) TO THE CLERK
)
_____ )

The Court having Ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK NO. | DATED | AMOUNT |
|---|---|---|---|
| LOIS GRAVES<br>PO BOX 2419<br>KETCHUM ID 83340-2419 | 336311 | 04/20/2004 | 287.99 |

TOTAL AMOUNT REMITTED:    $ 287.99

Dated: April 22, 2004

L.D. Fitzgerald, Trustee